IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Yvonne

Printed: 3/11/08

Case Number: 08 B 01482
Judge: Hollis, Pamela S
Filed: 1/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion: March 10, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | United Auto Credit | Secured | 0.00 | 0.00 |
| 2. | Asset Acceptance | Unsecured | 14.45 | 0.00 |
| 3. | Nationwide Acceptance Corp | Unsecured | 261.34 | 0.00 |
| 4. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 5. | CCS | Unsecured | | No Claim Filed |
| 6. | I C Systems Inc | Unsecured | | No Claim Filed |
| 7. | City of Blue Island | Unsecured | | No Claim Filed |
| 8. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 9. | Collection Express Inc | Unsecured | | No Claim Filed |
| 10. | Lake County Business Bureau | Unsecured | | No Claim Filed |
| 11. | Midland Credit Management | Unsecured | | No Claim Filed |
| 12. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 13. | Park Dansan | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 275.79 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Yvonne

Printed: 3/11/08

Case Number: 08 B 01482
Judge: Hollis, Pamela S
Filed: 1/23/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

